**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

REGINALD C. SCOTT,                              :    No. 90 MM 2022
                                                :
              Petitioner              :
                                                :
                                                :
                                                :
          v.                                :
                                                :
                                                :
COMMONWEALTH OF PENNSYLVANIA,                   :
FRANCIS T. CHARDO, DA, JOSH                      :
SHAPIRO, AG, BERNADETTE MASON,                   :
WARDEN, TIMOTHY A. HOLMES, ESQ.,                 :
                                                :
            Respondents              :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for a Writ of Habeas Corpus and the Application for an Immediate Hearing is DENIED.